UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:18-cr-00095-EJL-02 |
| vs. | **VERDICT** |
| ANDREW MUNOZ, | |
| Defendant. | |

We, the jury empaneled in the above-entitled action, unanimously find the Defendant, ANDREW MUNOZ:

1. **COUNT ONE:  Conspiracy to Distribute Methamphetamine and Heroin, 21 U.S.C. §§ 841(a)(1) and 846**

    ✓ Guilty                    __ Not Guilty

If you find the Defendant not guilty, do not consider paragraph 2 below, and proceed to paragraph 3 below.  If you find the Defendant guilty as charged in Count One, proceed to paragraph 2 below.

2. We, the Jury, having found the Defendant guilty of the offense charged in Count One of the Indictment, further unanimously find that the Defendant conspired to distribute methamphetamine in the amount shown (place an X in the appropriate box):

Actual Methamphetamine

      (i)      Weighing 50 grams or more                      [X]

      (ii)     Weighing at least 5 grams but less than 50 grams    [ ]

      (iii)    Weighing less than 5 grams                 [ ]

3.. **COUNT TWO:  Distribution of Heroin, 21 U.S.C. § 841(a)(1)**

√ Guilty                    __ Not Guilty

4. **COUNT THREE: Distribution of Methamphetamine and Heroin, 21 U.S.C. § 841(a)(1)**

√ Guilty                    __ Not Guilty

If you find the Defendant not guilty, do not consider paragraph 5 below.  If you find the Defendant guilty as charged in Count Three, proceed to paragraph 5 below.

5. We, the Jury, having found the Defendant guilty of the offense charged in Count Three of the Indictment, further unanimously find that the Defendant distributed methamphetamine in the amount shown (place an X in the appropriate box):

Actual Methamphetamine

      (i)      Weighing 50 grams or more                      [X]

      (ii)     Weighing at least 5 grams but less than 50 grams    [ ]

      (iii)    Weighing less than 5 grams                 [ ]

6. **COUNT FOUR: Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1)**

___ Guilty          ✓ Not Guilty

Dated: _2/21/2019_